UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT W TULLY, | No. C 12-1591 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TRANSPORTATION SECURITY ADMIN, | |
| Defendant. | |
| _____/ | |

On June 7, 2012, the Defendant in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of July 19, 2012. Dkt. No. 4. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the July 19 hearing and case management conference and ORDERS Plaintiff Robert Tully to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 12, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 26, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT W TULLY,                                         No. C 12-01591 MEJ

          Plaintiff(s),                               **CERTIFICATE OF SERVICE**

   v.

TRANSPORTATION SECURITY ADMIN,

          Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert W. Tully
436 Diamond Street
San Francisco, CA 94114


Dated: July 2, 2012

                                          Richard W. Wieking, Clerk
                                          By: Rose Maher, Deputy Clerk